**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANTHONY JOHNSON,                )        NO. CV 09-4220-RGK(E)
                               )
          Petitioner,          )
                               )
     v.                        )        JUDGMENT
                               )
DERRAL ADAMS, Warden,          )
                               )
          Respondent.          )
_____)


     Pursuant to the Order Adopting Findings, Conclusions and

Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that the Petition is denied and dismissed with

prejudice.


          DATED: January 15, 2010


                         _____
                              R. GARY KLAUSNER
                         UNITED STATES DISTRICT JUDGE